PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Rodrigues          Cr.: 08-328(SRC)(1)
                                             PACTS Number: 50320

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler, United States District Judge

Date of Original Sentence: 11/14/08

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 40 months incarceration followed by 3 years supervised release. $100 special assessment and $1,000 fine. Special conditions: 1) substance abuse testing/treatment; 2) full financial disclosure; 3) mental health evaluation/treatment; 4) no new debt or additional lines of credit; and, 5) DNA collection.

Type of Supervision: Supervised Release          Date Supervision Commenced: 12/12/11

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

On January 1, 2013, Rodrigues was arrested by members of the New Providence Police Department and charged with Driving Under the Influence of alcohol.

Respectfully submitted,

Carolee Ann Azzarello
2013.01.26 20:07:09
By: Adriana Garcia-O'Hara
U.S. Probation Officer
Date: 01/25/13

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1/29/13
Date